IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02063-BNB

RANDY LUCAS,
    Petitioner,

v.

JAMES ABBOTT – Warden of Colorado Territorial Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

## ORDER OF DISMISSAL

Applicant Randy Lucas initiated this action by filing *pro se* a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" and a "Motion for Appointment of Counsel and Motion to Stay Proceedings." In an order filed on September 25, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Lucas to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Lucas to file an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254." Magistrate Judge Boland also denied the "Motion for Appointment of Counsel and Motion to Stay Proceedings." Mr. Lucas was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Lucas has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's September 25 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" is denied as moot.

DATED at Denver, Colorado, this 4 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02063-BNB

Randy Lucas
Prisoner No. 127007
CTCF - CH 7
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/5/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk